JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY TRUONG, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEXOR MANUFACTURING, LLC, A LIMITED LIABILITY COMPANY; DOES 1-10, BUSINESS ENTITIES, FORMS UNKNOWN; DOES 11-20, INDIVIDUALS; AND DOES 21-30, INCLUSIVE,<br><br>　　　　Defendants. | Case No. **8:21-cv-01953-SPG-JC**<br><br>**ORDER REGARDING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　The court, having reviewed the Parties' Joint Stipulation to Dismiss Entire Action with Prejudice and finding good cause, hereby ORDERS as follows:

1. The Parties' Joint Stipulation is GRANTED;
2. The Parties will each bear their respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 20, 2022

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE